IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| DARRELL D. KILLENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 319-087 |
| | ) | |
| SHERIFF LYNN SHEFFIELD; CPT. SID ANDREWS; LT. BARRENTINE; and SGT. DANIELS, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation ("R&R"), to which objections have been filed. (Doc. no. 38.) Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **OVERRULES** Plaintiff's objections, and **DISMISSES** Plaintiff's claims for retaliation against Sheriff Sheffield, deliberate indifference to serious medical need against Captain Andrews, and denial of access to courts against Captain Andrews for failure to state a claim upon which relief may be granted, and **DISMISSES** Sheriff Sheffield from this case. The case shall proceed against the remaining Defendants as described in the Magistrate Judge's June 30, 2020 Order. (See doc. no. 31.)

SO ORDERED this 30th day of July, 2020, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE